**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**H.G. DAVIS**                                                                                        **PLAINTIFF**

**v.**                                        **NO. 4:02CV00031-WRW**

**JOHN WAYNE CARTER, ET AL.**                                            **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion to Set Aside Order (Doc. No. 48). On August 8, 2006, the motion was held in abeyance giving Defendants ten days to respond. Faulkner County Defendants have responded (Doc. No 52).

In Plaintiff's motion, he claimed to possess newly discovered evidence and alleged misconduct on the part of Defendants. Rule 60(b) of the Federal Rules of Civil Procedure requires a motion to set aside an order to be brought within one year of the final judgment. On October 10, 2003, the Eighth Circuit issued a mandate affirming the January 7, 2003 Order of this Court. Accordingly, Plaintiff's Motion to Set Aside Order filed July 19, 2006 is DENIED as untimely.

IT IS SO ORDERED this 22nd day of August, 2006.

                                                     /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE